UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DARRYL K. STURKIN, | ) | Civil Action No. 0:14-cv-1574-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Joint Stipulation for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed September 9, 2015. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $4,237.50 and expenses in the amount of $20.07. A Joint Stipulation filed on October 26, 2015 notified the Court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $4,070.07 in attorney's fees.

The Court has reviewed the fee motion and stipulation and finds the compromise settlement reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $4,070.07 in attorney's fees. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has

been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 16, 2015
Columbia, South Carolina